NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PENTAIR WATER POOL AND SPA, INC.,**
*Plaintiff-Appellant*

**v.**

**HAYWARD INDUSTRIES, INC., HAYWARD POOL PRODUCTS, INC.,**
*Defendants-Appellees*

---

2015-1722

---

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-10280-GW-MRW, Judge George H. Wu.

---

**JUDGMENT**

---

MARK BOLAND, Sughrue Mion, PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by RAJA N. SALIBA, GRANT SIMON SHACKELFORD, KENNETH J. BURCHFIEL.

LEE CARL BROMBERG, McCarter & English, LLP, Boston, MA, argued for defendants-appellees. Also represented by KEITH E. TOMS, LORI JANE SHYAVITZ, AMY JOY

TINDELL; SCOTT S. CHRISTIE, MATTHEW ADAM SKLAR, Newark, NJ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 8, 2016                     /s/ Daniel E. O'Toole
          Date                         Daniel E. O'Toole
                                       Clerk of Court